# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 239780 |
|---|---|
| Trans | 145986 |

Received From: **KELLY KAILIEHU**
Case Number:
Reference Number:  CV 01-800 DAE

|  | Check | 6.14 |
|---|---|---|
|  | Total | 6.14 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 6.14 |

|  | **Total** | **6.14** |
|---|---|---|
|  | Tend | 6.14 |
|  | Due | 0.00 |

06/08/2007 12:57:59 PM     Deputy Clerk: lg/VC