# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **240521** |
| Trans | 146959 |

Received From:   **KELLY KAILEHU**
Case Number:
Reference Number:   **CV 01-800DAE**

|   |   |
|---|---|
| Check | 15.00 |
| Total | 15.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 15.00 |
| | | **Total** | **15.00** |
| | | Tend | 15.00 |
| | | Due | 0.00 |

08/13/2007 04:09:08 PM      Deputy Clerk:  et/LG