# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

```
For Internal Use Only
Receipt    240527
Trans      146965
```

Received From:   **KELLY KAILIEHU**
Case Number:
Reference Number:   **CV 01-800DAE**

|  | Check | 3.50 |
|---|---|---|
|  | Total | 3.50 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 3.50 |
|  | **Total** | | **3.50** |
|  | Tend | | 3.50 |
|  | Due | | 0.00 |

08/13/2007 04:11:56 PM        Deputy Clerk:  et/LG