# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 242137 |
|---|---|
| Trans | 149121 |

Received From: **KELLY KALIIEHU**
Case Number:
Reference Number: CV 01-800DAE

|  | Check | 20.00 |
|---|---|---|
|  | Total | 20.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 20.00 |
|  | **Total** | | **20.00** |
|  | Tend | | 20.00 |
|  | Due | | 0.00 |

01/07/2008 03:53:08 PM       Deputy Clerk: et/LG