# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

Receipt  242138

Trans    149122

Received From:    **KELLY KAILIEHU**
Case Number:
Reference Number:    **CV 01-800DAE**

|  | Check | 7.48 |
|---|---|---|
|  | Total | **7.48** |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 7.48 |
|  |  | **Total** | **7.48** |
|  |  | Tend | 7.48 |
|  |  | Due | 0.00 |

01/07/2008 03:53:36 PM        Deputy Clerk:  et/LG