A063

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

Receipt    243007

Trans      150324

Received From:   **KELLY KAILIEHU**

Case Number:

Reference Number:   CV 01-800 *DAE-LEK*

|  | Check | 14.92 |
|---|---|---|
|  | Total | 14.92 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 14.92 |
|  |  | **Total** | **14.92** |
|  |  | Tend | 14.92 |
|  |  | Due | 0.00 |

03/24/2008 11:11:02 AM       Deputy Clerk:  verna/VC