# Customer Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| Receipt | 240512 |
|---|---|
| Trans | 146950 |

Received From: **KELLY KAILIEHU**
Case Number:
Reference Number: CV 02-577HG  01-800

| | |
|---|---|
| Check | 3.36 |
| Total | 3.36 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 3.36 |

1.68

| | |
|---|---|
| Total | 3.36 |
| Tend | 3.36 |
| Due | 0.00 |

ea.

08/13/2007 04:04:39 PM     Deputy Clerk: et/LG