# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 244025 |
| Trans | 151728 |

Received From: **KELLY KAILIEHU**

Case Number:

Reference Number: CV 01-800 *DAE-LEK*

| | | | |
|---|---|---|---|
| | | Check | 7.64 |
| | | Total | 7.64 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 7.64 |
| | | **Total** | **7.64** |
| | | Tend | 7.64 |
| | | Due | 0.00 |

06/19/2008 02:58:43 PM       Deputy Clerk:  ag/AG