# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 244281 |
|---|---|
| Trans | 152068 |

Received From: **KELLY KAILIEHU**

Case Number:

Reference Number: **CV 01-800DAE**

|  | Check | 6.05 |
|---|---|---|
|  | Total | 6.05 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 6.05 |
|  |  | **Total** | **6.05** |
|  |  | Tend | 6.05 |
|  |  | Due | 0.00 |

07/14/2008 03:04:17 PM      Deputy Clerk: dt/DT